CHARLES T. KEHOE, Respondent, Appellant, v. THE CITY OF OSWEGO, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed

* See second footnote, *ante*, p. 722.— [REP.

briefs by February fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JEREMIAH McCARTHY, Respondent, Appellant, v. THE CITY OF OSWEGO, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs by February fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.